157 So.2d 226

Ex parte John E. BURTON.

3 Div. 111.

Supreme Court of Alabama.

Oct. 31, 1963.

John E. Burton, pro se.

Richmond M. Flowers, Atty. Gen., and John C. Tyson, III, Asst. Atty. Gen., for the State.

SIMPSON, Justice.

Petition for a writ of mandamus directed to the Court of Appeals of Alabama commanding that court to show cause why it has not rendered an opinion on the petitioner's appeal on a writ of error coram nobis from the Walker County Circuit Court.

Since the filing of this petition the Court of Appeals has already acted on the case, 42 Ala.App. 91, 153 So.2d 254, and it, therefore, becomes moot.

Petition dismissed.

LIVINGSTON, C. J.; and MERRILL and HARWOOD, JJ., concur.